151 A.3d 968

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. KEITH BASS, DEFENDANT-PETITIONER.

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004129-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 969

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. PETER KLAH, DEFENDANT-PETITIONER.

September 23, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005844-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.